# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER NAKOSKI, | : | CIVIL NO: 1:21-CV-01362 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| CATHERINE LONG, *et al.*, | : | |
| Defendants. | : | |

### ORDER
October 15, 2021

Plaintiff Christopher Nakoski filed a complaint naming five defendants. After screening the complaint, we concluded that it fails to state a claim upon which relief may be granted for several reasons, including it violates the pleading requirements of the Federal Rules of Civil Procedure; it does not clearly set forth claims; it fails to allege how the defendants were personally involved in violating Nakoski's rights; and it fails to show that certain of the defendants were acting under color of state law, a necessary requirement for Nakoski's claims under 42 U.S.C. § 1983.  By an Order dated October 7,  2021, we granted Nakoski leave to file an amended complaint within 28 days, and we noted in some detail how an amended complaint should be formatted.

Nakoski has not yet filed an amended complaint. He has, however, recently filed two documents, each titled "Evidence Amendment." *See docs. 10, 11*.[1] Neither of those documents is an amended complaint. Rather, each is a letter to the court with attached exhibits. Nakoski is not permitted, however, to piecemeal send evidence to the court. Rather, the Order of October 7, 2021, granted Nakoski leave to file an amended complaint that contains all his claims. Moreover, as we are still in the pleading stage of this case, the focus will be on the allegations in any amended complaint, not evidence.

Considering the foregoing, **IT IS ORDERED** that Nakoski's recently filed documents (*docs. 10, 11*) are **STRICKEN FROM THE RECORD**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge

---

[1] Nakoski previously filed another document titled "Evidence Amendment." *See doc. 8*. We noted in the Order of October 7, 2021, that we would not consider that document. *See doc. 9* at 10 n.4.